STELCO INDUSTRIES, INC. *v.* CRESTWOOD IV
ASSOCIATES ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in New Haven County is granted by the court unless the defendant on or before June 1, 1978, files its request for a finding and draft finding.

*Eric M. Gross,* for the appellee (plaintiff).

*Edmund L. Pantani,* for the appellant (defendant P. J. Inzero Plumbing and Heating, Inc.).

Argued May 2—decided May 2, 1978

WILLIAM C. TOMLIN *v.* PERSONNEL APPEAL BOARD

The plaintiff's motion for a review of the trial court's denial of his motion to correct and to amend the finding in the appeal from the Court of Common Pleas in Hartford County is granted by the court and the relief sought is granted to the extent that the trial court is ordered to amend the finding to include therein the additional basic claims of law raised at trial.

*Harold J. Geragosian,* in support of the motion.

Submitted March 29—decided May 2, 1978

BEIT HAVURAH ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF NORFOLK ET AL.

The named defendant's "Motion to Schedule a Hearing on Plaintiffs' Motion for Stay of Enforcement" in the appeal from the Court of Common Pleas in Litchfield County is denied by the court.

*Edward J. Quinlan, Jr.,* in support of the motion.

*Wesley W. Horton,* in opposition.